| | |
|---|---|
| 1 | GILBERT R. SEROTA (SBN 75305) |
| | MARJORY GENTRY (SBN 240887) |
| 2 | RYAN KEATS (SBN 296463) |
| | ARNOLD & PORTER LLP |
| 3 | Three Embarcadero Center, 10th Floor |
| | San Francisco, CA 94111 |
| 4 | Telephone: (415) 471-3100 |
| | Facsimile: (415) 471-3400 |
| 5 | Email: Gilbert.Serota@aporter.com |
| | Email: Marjory.Gentry@aporter.com |
| 6 | Email: Ryan.Keats@aporter.com |
| 7 | Attorneys for Defendants |
| | YELP INC., JEREMY STOPPELMAN, ROB KROLIK and |
| 8 | GEOFFREY DONAKER |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ADAMS, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:14-cv-03832-EMC |
| Plaintiff, | **CLASS ACTION** |
| vs. | |
| YELP INC., JEREMY STOPPELMAN, ROB KROLIK and GEOFFREY DONAKER, | **NOTICE OF APPEARANCE FOR DEFENDANTS** |
| Defendants. | |

TO THE CLERK AND ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Gilbert R. Serota, Marjory Gentry and Ryan Keats of the firm Arnold & Porter LLP, hereby appear as counsel of record for and on behalf of each of the named defendants. It is respectfully requested that copies of all notices, pleadings, orders, or

1  other documents pertaining to the above-entitled matter be sent to counsel at the address below:

2

3  ARNOLD & PORTER LLP
   Gilbert R. Serota, Esq.
4  Marjory Gentry, Esq.
   Ryan Keats, Esq.
5  Three Embarcadero Center, 10th Floor
   San Francisco, CA 94111
6  Telephone: (415) 471-3100
   Email: Gilbert.Serota@aporter.com
7  Email: Marjory.Gentry@aporter.com
   Email: Ryan.Keats@aporter.com
8

9

10 DATED: September 10, 2014.            Respectfully Submitted,

11

12

13                                       _____
                                         GILBERT R. SEROTA
14                                       Arnold & Porter LLP

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF APPEARANCE FOR DEFENDANTS                              CASE NO. 3:14-cv-03832-EMC

34867117v1